1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Lisa Marie Gomez

6

7

8                         UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                           **(HONORABLE LEO S. PAPAS)**

11 | UNITED STATES OF AMERICA,           )   Case No. 08MJ0824
                                         )
12 |            Plaintiff,               )
                                         )
13 | v.                                  )   **CERTIFICATE OF SERVICE**
                                         )
14 | LISA MARIE GOMEZ,                   )
                                         )
15 |            Defendant.               )
   |_____    )
16

17         Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                                Ciro Hernandez
                       cirolaw@aol.com,karmingia@aol.com; and
19
                                  U.S. Attorney CR
20                           Efile.dkt.gc2@usdoj.gov

21                                          Respectfully submitted,

22

23 DATED:      March 19, 2008              /s/ Elizabeth M. Barros
                                           **ELIZABETH M. BARROS**
24                                         Federal Defenders of San Diego, Inc.
                                           Attorneys for Lisa Marie Gomez
25

26

27

28